

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00084-CV

GARNER ENVIRONMENTAL SERVICES, INC.
v.
REFUGIO COUNTY, TEXAS

On Appeal from the
135th District Court of Refugio County, Texas
Trial Court Cause No. 2020-03-13092

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal will be taxed against the party incurring the same.

We further order this decision certified below for observance.

June 16, 2022